■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUCE JOHNSON, Appellant. [627 NYS2d 953] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Goldstein, J.), rendered October 5, 1992, convicting him of robbery in the first degree and assault in the first degree, upon a jury verdict, and imposing sentence.

defendant from a judgment of the Supreme Court, Kings County (Jones, J.), rendered March 16, 1992, convicting him of criminal possession of a weapon in the third degree and attempted escape in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends, *inter alia,* that the testimony of the police officers who testified at the trial is implausible, vague, and unreliable. The defendant also contends that the jury failed to credit the testimony of one of his witnesses. Resolution of issues of credibility and the weight to be accorded to the evidence presented are primarily questions to be determined by the jury, which saw and heard the witnesses *(see, People v Gaimari,* 176 NY 84). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record *(see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict is not against the weight of the evidence *(see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review *(see,* CPL 470.05 [2]) or without merit. Sullivan, J. P., O'Brien, Thompson and Hart, JJ., concur.